## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAY GREENE**                                                                                             **PLAINTIFF**

**v.**                           **CASE NO. 4:25-cv-1132-JM**

**TIM GRIFFIN, in his official capacity as**
**Attorney General of the State of Arkansas;**
**SARAH HUCKABEE SANDERS, in her official**
**capacity as Governor of the State of Arkansas;**
**LESLIE RUTLEDGE, in her official capacity as**
**Lieutenant Governor of the State of Arkansas;**
**BRIAN S. EVANS, in his official capacity as**
**Speaker of the House of Representatives of the**
**State of Arkansas; BART HESTER, in his official**
**capacity as President Pro Tempore of the Senate**
**of the State of Arkansas**                                                                **DEFENDANTS**

### APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I, Ryan Hale, am admitted to practice in this Court, and I appear in this case as counsel for Tim Griffin, in his official capacity as Attorney General of the State of Arkansas; Sarah Huckabee Sanders, in her official capacity as Governor of the State of Arkansas; Leslie Rutledge, in her official capacity as Lieutenant Governor of the State of Arkansas; Brian S. Evans, in his official capacity as Speaker of the House of Representatives of the State of Arkansas; and Bart Hester, in his official capacity as President Pro Tempore of the Senate of the State of Arkansas. I request to be copied on all future notices, pleadings, correspondence, and other papers in this matter from this point forward.

          Respectfully submitted,

          TIM GRIFFIN
          Attorney General


By:    Ryan Hale
        Ark. Bar No. 2024310
        Senior Assistant Attorney General

        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 295-7419
        (501) 682-2591 fax
        ryan.hale@arkansasag.gov

        *Counsel for Defendants*