IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAY GREENE                                                                                                   PLAINTIFF

v.                            CASE NO. 4:25-cv-1132-JM

**TIM GRIFFIN, in his official capacity as
Attorney General of the State of Arkansas;
SARAH HUCKABEE SANDERS, in her official
capacity as Governor of the State of Arkansas;
LESLIE RUTLEDGE, in her official capacity as
Lieutenant Governor of the State of Arkansas;
BRIAN S. EVANS, in his official capacity as
Speaker of the House of Representatives of the
State of Arkansas; BART HESTER, in his official
capacity as President Pro Tempore of the Senate
of the State of Arkansas**                                    **DEFENDANTS**

### ANSWER TO COMPLAINT

Defendants Tim Griffin, Sarah Huckabee Sanders, Leslie Rutledge, Brian S. Evans, and Bart Hester, each in their official capacities, for their Answer to Plaintiff's Complaint, ECF No. 1, state as follows:

1. Defendants admit to the allegations asserted in paragraph 1 of the Complaint.

2. Defendants admit to the allegations asserted in paragraph 2 of the Complaint.

3. Defendants admit to the allegations asserted in paragraph 3 of the Complaint.

4. Defendants admit to the allegations asserted in paragraph 4 of the Complaint.

5. Defendants admit to the allegations asserted in paragraph 5 of the Complaint.

6. Defendants admit to the allegations asserted in paragraph 6 of the Complaint.

7. Defendants admit to the allegations asserted in paragraph 7 of the Complaint.

8. Defendants admit to the allegations asserted in paragraph 8 of the Complaint.

9. Defendants admit to the allegations asserted in paragraph 9 of the Complaint.

10. Defendants admit to the allegations asserted in paragraph 10 of the Complaint.

11. Defendants admit to the allegations asserted in paragraph 11 of the Complaint.

12. Defendants admit to the allegations asserted in paragraph 12 of the Complaint.

13. Defendants admit to the allegations asserted in paragraph 13 of the Complaint.

14. Defendants admit to the allegations asserted in paragraph 14 of the Complaint.

15. Defendants admit to the allegations asserted in paragraph 15 of the Complaint.

16. Defendants admit to the allegations asserted in paragraph 16 of the Complaint.

17. Defendants admit to the allegations asserted in paragraph 17 of the Complaint.

18. Defendants admit to the allegations asserted in paragraph 18 of the Complaint.

19. Defendants admit to the allegations asserted in paragraph 19 of the Complaint.

20. Defendants admit to the allegations asserted in paragraph 20 of the Complaint.

21. Defendants admit to the allegations asserted in paragraph 21 of the Complaint.

22. Defendants admit to the allegations asserted in paragraph 22 of the Complaint.

23. Defendants admit to the allegations asserted in paragraph 23 of the Complaint.

24. Defendants admit to the allegations asserted in paragraph 24 of the Complaint.

25. Defendants admit to the allegations asserted in paragraph 25 of the Complaint.

26. Defendants admit to the allegations asserted in paragraph 26 of the Complaint.

27. Defendants admit to the allegations asserted in paragraph 27 of the Complaint.

28. Defendants admit to the allegations asserted in paragraph 28 of the Complaint.

29. Defendants admit to the allegations asserted in paragraph 29 of the Complaint.

30. Defendants admit to the allegations asserted in paragraph 30 of the Complaint.

31. Defendants admit to the allegations asserted in paragraph 31 of the Complaint.

32. Defendants admit to the allegations asserted in paragraph 32 of the Complaint.

33. Defendants admit to the allegations asserted in paragraph 33 of the Complaint.

34. Defendants admit to the allegations asserted in paragraph 34 of the Complaint.

35. Defendants admit to the allegations asserted in paragraph 35 of the Complaint.

36. Defendants admit to the allegations asserted in paragraph 36 of the Complaint.

37. Defendants admit to the allegations asserted in paragraph 37 of the Complaint.

38. Defendants admit to the allegations asserted in paragraph 38 of the Complaint.

39. Defendants admit to the allegations asserted in paragraph 39 of the Complaint.

40. Defendants admit to the allegations asserted in paragraph 40 of the Complaint.

41. Defendants deny the allegations asserted in paragraph 41 of the Complaint.

42. Defendants deny the allegations asserted in paragraph 42 of the Complaint.

43. Defendants deny the allegations asserted in paragraph 43 of the Complaint.

44. Defendants deny the allegations asserted in paragraph 44 of the Complaint.

45. Defendants deny the allegations asserted in paragraph 45 of the Complaint.

                Respectfully submitted,

                TIM GRIFFIN
                Attorney General

By:    Ryan Hale
        Ark. Bar No. 2024310
        Senior Assistant Attorney General

        Arkansas Attorney General's Office
        101 West Capitol Avenue
        Little Rock, AR 72201
        (501) 295-7419
        (501) 682-2591 fax
        ryan.hale@arkansasag.gov

*Counsel for Defendants*