IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAY GREENE**  **PLAINTIFF**

v.  CASE NO. 4:25-cv-1132-JM

**TIM GRIFFIN, in his official capacity as
Attorney General of the State of Arkansas;
SARAH HUCKABEE SANDERS, in her official
capacity as Governor of the State of Arkansas;
LESLIE RUTLEDGE, in her official capacity as
Lieutenant Governor of the State of Arkansas;
BRIAN S. EVANS, in his official capacity as
Speaker of the House of Representatives of the
State of Arkansas; BART HESTER, in his official
capacity as President Pro Tempore of the Senate
of the State of Arkansas**  **DEFENDANTS**

**PROPOSED FINAL JUDGMENT, DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION**

Before the Court is the parties' Joint Motion for Entry of Judgment. In accordance with the Complaint, ECF No. 1, Answer, ECF No. 11, the Joint Motion for Entry of Judgment, and Federal Rule of Civil Procedure 58(b)(2)(B), it is ORDERED, ADJUDGED, and DECREED as follows:

**FINAL JUDGMENT**

Final judgment is entered for Plaintiff and against Defendants on Plaintiff's First Claim for Relief under the Fourteenth Amendment's Equal Protection Clause. *See* Compl. ¶¶ 27–37.

**DECLARATORY JUDGMENT**

It is hereby declared that the requirement that the Arkansas Ethics Commission must include "at least one . . . member of a minority race," Ark. Code Ann. § 7-6-217(b)(1), is an unconstitutional racial quota that violates the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

## PERMANENT INJUNCTION

Defendants are hereby permanently enjoined from using race to appoint members of the Arkansas Ethics Commission as mandated by Ark. Code Ann. § 7-6-217(b)(1).

\* \* \*

The time for Plaintiff to file a motion for attorney's fees and bill of costs or reach a settlement with respect to such fees and costs runs from the time that this order is entered.

IT IS SO ORDERED.

Date:_____        _____
                                                               James M. Moody, Jr.
                                                                United States District Judge